The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CRISTOBAL ORTIZ,<br><br>　　　　　　Defendant. | NO. CR15-043RSL<br><br>ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (DKT. 175) |

　　The Court, having reviewed the United States' Motion for Leave to File Surreply in Opposition to Defendant's Motion for Compassionate Release (Dkt. 175) (the "Motion for Compassionate Release"), enters the following Order:

　　IT IS HEREBY ORDERED that leave is GRANTED. The United States may file a surreply to Defendant's Motion for Compassionate Release (Dkt. 175).

　　DATED this __23rd__ day of September, 2020.

*[signature]*

HON. ROBERT S. LASNIK
United States District Judge

Presented by:

*s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney

---

UNITED STATES' MOTION FOR LEAVE TO FILE SURREPLY - 1
*U.S. v. Ortiz;* CR15-043RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970